**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carmen A. Morales** | Social Security number or ITIN  **xxx–xx–3028** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **15–33556–ABA**

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carmen A. Morales

7/15/16                                                                         **By the court:**  <u>Andrew B. Altenburg Jr.</u>
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                        **Order of Discharge**                                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
```

In re:                                                              Case No. 15-33556-ABA
Carmen A. Morales                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jul 15, 2016
                              Form ID: 318             Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
```
db            +Carmen A. Morales,   514 Crystal Ave,   Vineland, NJ 08360-3239
smg            U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
515908239      Cenlar,   PO Box 986,   Newark, NJ 07184-0986
515908240      First National Bank Of Omaha,   BOX 660509,   DALLAS TX 75266-0509
515913525     +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
515908244     +Kivitz Mckeever Lee, P.C.,   701 Market Street, Ste 5000,   Mellon Independence Center,
               Philadelphia, PA 19106-1541
515908245     +Lisbeth Torres,   514 Crystal Ave,   Vineland, NJ 08360-3239
515988808     +Midland Credit Management, Inc. as agent for,   MIDLAND FUNDING LLC,   PO Box 2011,
               Warren, MI 48090-2011
515908247      Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
               Trenton, NJ 08625-0112
515908248    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State Of New Jersey,   P.O. Box 245,
               Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QBTHOMAS.COM Jul 15 2016 22:53:00      Brian Thomas,   Brian Thomas, Esq,
               327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 15 2016 22:55:24      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515908237      EDI: HFC.COM Jul 15 2016 22:53:00      Boscovs,   Po Box 17642,   Baltimore, MD 21297-1642
515908238      EDI: CAPITALONE.COM Jul 15 2016 22:53:00      Capital One,   PO Box 85015,
               Richmond, VA 23285-5015
515971860      EDI: CAPITALONE.COM Jul 15 2016 22:53:00      Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC 28272-1083
515908243     +EDI: IRS.COM Jul 15 2016 22:53:00      Internal Revenue Service,   P.O. Box 744,
               Special Procedure Branch,   Springfield, NJ 07081
515908246      EDI: RMSC.COM Jul 15 2016 22:53:00      Lowes,   PO Box 530914,   Atlanta, GA 30353-0914
515908249     +EDI: RMSC.COM Jul 15 2016 22:53:00      Walmart,   P.O. Box 32896,   Orlando, FL 32896-0001
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Brian Thomas,   Brian Thomas, Esq,   327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
515908242*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   PO Box 724,   Springfield, NJ 07081)
515908241*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
```
              Brian Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Jul 15, 2016
                              Form ID: 318             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Seymour   Wasserstrum    on behalf of Debtor Carmen A. Morales mylawyer7@aol.com, ecf@seymourlaw.net

                                                                           TOTAL: 4